AFFIDAVIT IN FORMA PAUPERIS

United States District Court for the Southern District of West Virginia

UNITED STATES OF AMERICA,

v.

JOHN DAVID MOONEY

) Case No. 02-00231
) Civil No. 04-1001
)

FILED
SEP - 1 2006
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**Affidavit in Support of Motion**
I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: John D. Mooney

**Instructions**
Complete all questions in this appli[cation], then sign it. Do not leave any blan[ks;] answer to a question is "0," "no[t] applicable (N/A)," write in that re[ason.] you need more space to answer a ques[tion,] explain your answer, attach a separa[te] paper identified with your name, you[r] docket number, and the question numb[er.]
Date: 8-30-06

My issues on appeal are:

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | |
|---|---|---|
| | You | Spouse |
| Employment | $34 | $ N/A |
| Self-employment | $0 | $ N/A |
| Income from real property (such as rental income) | $0 | $ N/A |
| Interest and dividends | $0 | $ N/A |
| Gifts | $0 | $ N/A |
| Alimony | $0 | $ N/A |
| Child support | $0 | $ N/A |
| Retirement (such as social security, pensions, annuities, insurance) | $0 | $ N/A |

© 2006 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

```
Disability (such as social security, insurance payments)   $ 0      $ N/A
Unemployment payments                                      $ 0      $ N/A
Public-assistance (such as welfare)                        $ 0      $ N/A
Other (specify): ___gra_____                $ 50     $ N/A
  Total monthly income:                                    $ 50     $ N/A
```

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Date of employment | Gross mon· |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Date of employment | Gr pa· |
|---|---|---|---|
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |
| N/A | N/A | N/A | N/A |

4. How much cash do you and your spouse have? $ 8
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of account | Amount you have | Amount has |
|---|---|---|---|
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |
| N/A | N/A | $ N/A | $ N/A |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

© 2006 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

| Home (Value) | Other real estate (Value) | Motor vehi(cle) Make & year Model: Registrati(on) |
|---|---|---|
| N/A | N/A | N/A |
| Motor vehicle #2 (Value) Make & Year: Model: Registration #: | Other assets (Value) | Other asse(ts) |
| N/A | N/A | N/A |

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount |
|---|---|---|
| N/A | N/A | N/A |

7. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A | N/A | N/A |

8. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

You

Rent or home-mortgage payment (include lot rented for mobile home) $ 0
    Are real estate taxes included? ☐ Yes ☐ No
    Is property insurance included? ☐ Yes ☐ No

© 2006 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

| | |
|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ 30 |
| Home maintenance (repairs and upkeep) | $ 0 |
| Food | $ 35 |
| Clothing | $ 0 |
| Laundry and dry-cleaning | $ 0 |
| Medical and dental expenses | $ 0 |
| Transportation (not including motor vehicle payments) | $ 0 |
| Recreation, entertainment, newspapers, magazines, etc. | $ 0 |
| Insurance (not deducted from wages or included in mortgage payments) | $ 0 |
| Homeowner's or renter's | $ 0 |
| Life | $ 0 |
| Health | $ 0 |
| Motor Vehicle | $ 0 |
| Other: | $ 0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): | $ 0 |
| Installment payments | $ 0 |
| Motor Vehicle | $ 0 |
| Credit card (name): | $ 0 |
| Department store (name): | $ 0 |
| Other: | $ 0 |
| Alimony, maintenance, and support paid to others | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ 0 |
| Other (specify): hygiene | $ 20 |
| Total monthly expenses: | $ 75 |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?
■ Yes ☐ No   If yes, describe on an attached sheet.
Due to a job loss, my support from family has been reduced.

10. Have you paid -- or will you be paying -- an attorney any money for services in connection with this case, including the completion of this form?
☐ Yes ■ No
If yes, how much? $_____
If yes, state the attorney's name, address, and telephone number:
_____
_____
_____

11. Have you paid -- or will you be paying -- anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?
☐ Yes ■ No
If yes, how much? $_____
If yes, state the person's name, address, and telephone number:
_____
_____
_____

12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal. I have been imprisoned for forty-seven months without any substantial support.

© 2006 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

13. State the address of your legal residence.
   P.O. Box 6000
   Glenville, WV 26351
   Your daytime phone number: (____N/A____) ____N/A____
   Your age: ____51____ Your years of schooling: ____12____
   Your social-security number: __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__

© 2006 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.